■ MURRAY KOHL v. MURRAY APPLEBY et al., Individually and as Copartners Formerly Doing Business under the Name of NEWMAN COMPANY.— Motion to dispense with printing denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ SNJ TRADING CORP. v. JAMES LEWIS.— Motion for an order excusing appellant's failure to file the record on appeal and for other relief granted only insofar as to dispense with the printing of the record on appeal and the appellant's points and to permit the appeal to be heard upon a typewritten record, without printing the same, and upon typewritten appellant's points, upon condition that the appellant serves one copy of the typewritten record and one copy of the typewritten appellant's points upon the attorney for the respondent and files six typewritten copies of both the record on appeal and · the appellant's points with this court on or before April 11, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before April 26, 1961. The order of this court, entered on February 28, 1961 is modified accordingly. The stay contained in the order to show cause, dated March 29, 1961, is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ SYLVIA NEEDLEMAN v. MANUFACTURERS TRUST COMPANY et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ IDALIA PADILLA et al. v. MONTEBELLO COAL AND FUEL OIL CORP.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the defendant-respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ENRIQUE MARQUEZ et al. v. DOROTHY HALPERA et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ NATHAN FINE v. PARKING ASSOCIATES CORP. et al.— Motion to dismiss appeal granted unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ CHARLES H. TRUMAN et al., as Copartners Doing Business under the Name of TRUMAN WASSERMAN & Co. v. BERLANTI CONSTRUCTION Co., INC. (And Three Other Actions.) — Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ MICHAEL R. SCHLANGER v. TAMARA COWAN et al.— Motion to strike the record on appeal and dismiss said appeal denied with leave to renew upon the argument or submission of the appeal. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.